## Donald Kouba, Minor, by Robert Kouba, Next Friend, Appellee, v. City of Chicago and Irwin Fink, Appellants.

### Gen. No. 42,549.

opinion filed November 4, 1943; rehearing denied November 23, 1943. Barnet Hodes, Corporation Counsel, for appellant; J. Herzl Segal, Michael W. Kaveney and Adam E. Patterson, Assistant Corporation Counsel, of counsel; Marion J. Hannigan and Louis Z. Grant, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.